UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HERMAN N/M/N WILLIAMS, IV**  **CIVIL ACTION**

**VERSUS**  **NO: 20-0040**

**HOUMA POLICE DEPARTMENT, ET AL**.  **SECTION: T(4)**

## ORDER

Before the Court is a Report and Recommendation[1] issued by Magistrate Judge Karen Wells Roby recommending: (1) that Herman N/M/N Williams's § 1983 claims against the Houma Police Department be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915 and § 1915A; (2) that the Motion to Dismiss[2] filed by defendants Williams, Tenny, Kesterson, and Renfro be **DISMISSED WITHOUT PREJUDICE**; and (3) that Herman N/M/N Williams's § 1983 claims of excessive force against defendants Williams, Mott, Tenny, Kesterson, Renfro, and Duplantis and his § 1983 claims of bystander liability against defendants Tenny, Renfro, and Duplantis be **STAYED** and the matter **CLOSED** for administrative and statistical purposes to be reopened upon properly filed motion by any party within thirty (30) days of the issuance of the state courts' final ruling or judgment on Williams's state law criminal charges of resisting arrest and aggravated flight. Herman N/M/N Williams has filed an objection[3] to the Report and Recommendation.[4] Considering the complaint, the record, the applicable law, and the Magistrate Judge's Report and

---

[1] R. Doc. 22.
[2] R. Doc. 18.
[3] R. Doc. 25.
[4] R. Doc. 22.

1

Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Herman N/M/N Williams's § 1983 claims against the Houma Police Department are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915 and § 1915A.

**IT IS FURTHER ORDERED** that the Motion to Dismiss[5] filed by defendants Williams, Tenny, Kesterson, and Renfro is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Herman N/M/N Williams's § 1983 claims of excessive force against defendants Williams, Mott, Tenny, Kesterson, Renfro, and Duplantis and his § 1983 claims of bystander liability against defendants Tenny, Renfro, and Duplantis is **STAYED** and the matter is **CLOSED** for administrative and statistical purposes to be reopened upon properly filed motion by any party within thirty (30) days of the issuance of the state courts' final ruling or judgment on Williams's state law criminal charges of resisting arrest and aggravated flight. Herman N/M/N Williams is hereby instructed that failure timely to file the motion to reopen could waive his opportunity to proceed with this civil action.

**New Orleans, Louisiana**, on this 18th day of August, 2020.

*Greg Gerard Guidry* (signature)
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[5] R. Doc. 18.